IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN MARTIN MITCHELL, SR.
ADC #500399                                                                                PLAINTIFF

v.                    No. 3:13-cv-238-DPM-JTR

LARRY MILLS, Sheriff, Poinsett County
Detention Center and DOYLE RAMEY,
Officer, Poinsett County Detention Center            DEFENDANTS

ORDER

1.      Mitchell has filed a *pro se* § 1983 complaint alleging that Mills and Ramey violated his constitutional rights while he was a prisoner in the Poinsett County Detention Center. The Court must screen his complaint. 28 U.S.C. § 1915A.

2.      Mitchell alleges that Officer Ramey gave him medication that was prescribed for his cell mate. № 2 at 4. After the error was discovered, Mitchell was taken to a hospital for unspecified medical treatment. A § 1983 claim for constitutionally inadequate medical care must be based on deliberate indifference, not a mere negligent act. *Langford v. Norris*, 614 F.3d 445, 460 (8th Cir. 2010); *Gibson v. Weber*, 433 F.3d 642, 646 (8th Cir. 2006);

-1-

*Zentmyer v. Kendall County, Illinois*, 220 F.3d 805, 811 (8th Cir. 2000). Nothing in the complaint suggests that Ramey acted with deliberate indifference when he accidentally gave Mitchell the wrong medication on a single occasion. Mitchell therefore has not pleaded a plausible § 1983 claim against Ramey.

3. Mitchell has not alleged any facts suggesting that Sheriff Mills personally violated his constitutional rights in any manner. *Ashcroft v. Iqbal*, 556 U.S. 662, 676 (2009); *Parrish v. Ball*, 594 F.3d 993, 1002 (8th Cir. 2010). He therefore has failed to plead a plausible § 1983 claim for relief against Mills.

\* \* \*

Mitchell's complaint is dismissed without prejudice for failure to state a claim. The dismissal constitutes a strike. The Court certifies that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3) and (g).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 December 2013