# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KEVIN MARTIN MITCHELL, SR.
ADC #500399                                                              PLAINTIFF

v.                       No. 3:13-cv-238-DPM-JTR

LARRY MILLS, Sheriff, Poinsett County
Detention Center and DOYLE RAMEY,
Officer, Poinsett County Detention Center                                DEFENDANTS

## JUDGMENT

Mitchell's complaint is dismissed without prejudice.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

20 December 2013