IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN MARTIN MITCHELL, SR.
ADC #500399                                                              PLAINTIFF

v.                          No. 3:13-cv-238-DPM

LARRY MILLS, Sheriff, Poinsett County
Detention Center and DOYLE RAMEY,
Officer, Poinsett County Detention Center                                DEFENDANTS

### ORDER

After screening Mitchell's complaint, the Court dismissed it without prejudice for failure to state a claim and entered judgment against him. № 7 & 8. Mitchell now moves to add documents and witnesses, № 9 & 11, to add new defendants, № 12, and for leave to proceed *in forma pauperis*, № 10. Motions, № 9, 10, & 12, are denied as moot. If Mitchell would like to pursue claims against other defendants, then he must file a new complaint, along with the filing fee or a new application to proceed *in forma pauperis*. The Court directs the Clerk to mail Mitchell a copy of this Order, along with a new complaint form and a new application to proceed *in forma pauperis*.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

12 February 2014